# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| LISA HOMAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL NO. 3:09CV422-FDW-DSC |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

## ORDER

**THIS MATTER** is before the Court on the Consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees. The parties agree to an award of legal fees in the amount of $5,000.00, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. The Consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees (document #26) is **GRANTED**, to the extent that Plaintiff shall be paid the sum of $5,000.00 for attorney fees, with the check mailed to the office of Plaintiff's counsel.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order on counsel for the parties.

**SO ORDERED**.

Signed: September 13, 2010

David S. Cayer
United States Magistrate Judge